522

21476. SMITH MOTOR CAR CO. *et al. v.* UNIVERSAL CREDIT CO.

JENKINS, P. J.   Under the answer returned by the Supreme Court to the question certified to it in this case (176 *Ga.* 565, 168 S. E. 18), the plaintiff was not entitled to recover, and the judge erred in directing a verdict in its favor.

*Judgment reversed.   Stephens and Sutton, JJ., concur.*

DECIDED MARCH 1, 1933.

*Harris & Harris,* for plaintiff in error.
*Wright & Covington,* contra.